IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENJUAN WASHINGTON**
**ADC #183241**                                                                                              **PLAINTIFF**

v.                           Case No. 4:23-cv-912-KGB

**BRANDON LONG, Sheriff,**
**Stone County Sheriff Dept.,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Kenjuan Washington's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So adjudged this 27th day of January, 2026.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge